# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Case No. 4:18-cv-02450 |
| | ) | |
| v. | ) | |
| | ) | |
| Subscriber 81176, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

This is a case for copyright infringement arising under United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. On November 12, 2018, Plaintiff filed its Second Amended Complaint alleging that Defendant copied and distributed 8 of Plaintiff's copyrighted works [CM/ECF 23]. Defendant filed his Answer on February 7, 2019 [CM/ECF 35]. Plaintiff and Defendant are continuing settlement negotiations, have made progress towards resolution, and respectfully request an additional thirty (30) days to continue settlement discussions.

Dated: March 22, 2019                    Respectfully submitted,


By: /s/ Paul S. Beik                     By: /s/ Siri Khalsa
PAUL S. BEIK                             SIRI KHALSA
Texas Bar No. 24054444                   SBT 24070052
S.D. Tex. ID No. 642213                  SDT 1064465
BEIK LAW FIRM, PLLC                      THE LAW OFFICE OF SIRI KHALSA
8100 Washington Ave., Suite 1000         1515 Witte Road, Suite 160
Houston, TX 77007                        Houston, TX 77080
T: 713-869-6975                          T: 713-686-5444
F: 713-868-2262                          F: 713-686-0703
E-mail: paul@beiklaw.com                 E-mail: sirikhalsalaw@gmail.com
**ATTORNEY FOR PLAINTIFF**               **ATTORNEY FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on March 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Paul S. Beik
PAUL S. BEIK