UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 4:18-cv-02450 |
| v. | ) |
| Subscriber 81176, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order at CM/ECF 40, Plaintiff and Defendant submit this Joint Status Report regarding settlement negotiations. Plaintiff and Defendant have been communicating regularly and exchanged settlement offers regarding a potential settlement. There is currently an offer open to Defendant from Plaintiff. Plaintiff and Defendant believe that settlement negotiations are not futile at this juncture.

Dated: April 22, 2019                                    Respectfully submitted,

By: /s/ Paul S. Beik                                     By: /s/ Siri Khalsa
PAUL S. BEIK                                             SIRI KHALSA
Texas Bar No. 24054444                                   SBT 24070052
S.D. Tex. ID No. 642213                                  SDT 1064465
BEIK LAW FIRM, PLLC                                      THE LAW OFFICE OF SIRI KHALSA
8100 Washington Ave., Suite 1000                         1515 Witte Road, Suite 160
Houston, TX 77007                                        Houston, TX 77080
T: 713-869-6975                                          T: 713-686-5444
F: 713-868-2262                                          F: 713-686-0703
E-mail: paul@beiklaw.com                                 E-mail: sirikhalsalaw@gmail.com
**ATTORNEY FOR PLAINTIFF**                               **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that, on April 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

> By: /s/ Paul S. Beik
> PAUL S. BEIK